UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GEORGE EMAD WADIE HABIB,

                     Petitioner,

        v.

RAUL MALDONADO JR., *et al.*,

                     Respondents.
-----------------------------------------------------------x

**<u>ORDER TO SHOW CAUSE</u>**
26-CV-2038-OEM

ORELIA E. MERCHANT, United States District Judge:

Upon consideration of the Petition for Writ of Habeas, Dkt. 1 ("Petition"), IT IS HEREBY

ORDERED that:

1. Petitioner shall cause a copy of this order and the Petition to be served on Respondents by **April 7, 2026**;

2. Petitioner shall file proof of service on the docket by **April 8, 2026**;

3. Respondents are ORDERED to file a return to the order to show cause why the Petition should not be granted by **April 10, 2026**, *see* 28 U.S.C. § 2243;

4. The parties are further ORDERED to appear for a hearing on the Petition on **April 16, 2026, at 11:30 a.m.** in Courtroom 6C South before Judge Orelia E. Merchant. Alternatively, the parties may file a joint letter by **April 10, 2026**, indicating that they waive the hearing and consent to the Court issuing a decision on the submissions;

5. Moreover, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the Eastern District of New York until further order of this Court. *M.K. v. Joyce*, 25-cv-01935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.").

SO ORDERED.

                                            */s/*
                                       ORELIA E. MERCHANT
                                       United States District Judge

Dated: Brooklyn, New York
       April 7, 2026